# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARC SHAWN POUND,
                Appellant,
          vs.
SALENA ROBINSON, F/K/A SALINA K.
JAMES,
                Respondent.

No. 82046

FILED

DEC 15 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Second Judicial District Court, Family Court Division, Washoe County; Chuck Weller, Judge.

Appellant fails to identify any appealable order in his notice of appeal. In the documents transmitted to this court pursuant to NRAP 3(g), the clerk of the district court has included a "Master's Notice of Ex Parte Communication and Referral to District Court for Possible Finding of Contempt," filed in the district court October 15, 2020. This is not an appealable order. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). This court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

                             Parraguirre , J.

Hardesty , J.                      Cadish , J.

---

[1]Appellant's motion for a stay is denied as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A

20-45430

cc:     Hon. Chuck Weller, District Judge, Family Court Division
        Marc Shawn Pound
        Salena Robinson
        Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A